IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUSTIN LEE TIPTON,

     Plaintiff,

v.                                   2:14-cv-00508-MCA-LF

LANCE PILE, TORRI SANDOVAL,
ECIPIO LUCERO, NANCY LUEHAS,
NATHAN HUNT, JOAN MARTIN,
CINDY LNU, JAMIE LNU,

     Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The magistrate judge filed her Proposed Findings and Recommended Disposition on

March 7, 2016 (Doc. 32).  The proposed findings notified plaintiff Justin Lee Tipton of his

ability to file objections within fourteen (14) days, and that failure to do so waives appellate

review.  To date, Tipton has not filed any objections, and there is nothing in the record indicating

that the proposed findings were not delivered.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1.    The magistrate judge's Proposed Findings and Recommended Disposition (Doc. 32) is ADOPTED;

2.    Defendants' Motion for Summary Judgment on the *Martinez Report* (Doc. 22) is GRANTED;

3.    Plaintiff's claims against defendants Lucero and Sandoval are **dismissed with prejudice**.

4.    A final order is entered concurrently with this order.

_____
CHIEF UNITED STATES DISTRICT JUDGE